280

Olga Malinoff Lindblad, Administrator of Estate of Doni Malinoff, Deceased, Appellant, v. Peter Kovacheff, also known as P. Kovacheff, and Naum Zizoff, Appellees.

Gen. No. 10,140.

opinion filed September 18, 1947; released for publication October 7, 1947. William J. Bossingham, Jr., for appellant; Barr & Barr, for appellees. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.